350 F.2d 399
 NITTO SHOSEN K. K., Appellant,
v.
William H. JOHNSON, Appellee.
CRESCENT WHARF & WAREHOUSE CO., Appellant,
v.
NITTO SHOSEN K. K., Appellee.
 No. 19633.
 United States Court of Appeals Ninth Circuit.
 Aug. 12, 1965.
 
 Gordon K. Wright, Francis J. MacLaughlin, Lillick, Geary, McHose & Roethke, Los Angeles, Cal., for appellant, Nitto Shosen K.K.
 Ben Margolis, Margolis & McTernan, Los Angeles, Cal., George E. Shibley, Long Beach, Cal., for appellee, Wm. H. Johnson.
 Robert Sikes, Los Angeles, Cal., for appellant, Crescent Wharf & Warehouse Co.
 Before ORR, MERRILL and ELY, Circuit Judges.
 PER CURIAM.
 
 
 1
 We find no error in the instructions given when the charge is read as a whole. Accordingly upon both appeals judgment is affirmed.